FANNIE B. HAIGHT and others, *Appellants, v.* GILES S. BRISBIN and others, *Respondents.*— Judgment affirmed, with costs. Opinion by LEARNED, P. J.

MARY A. RICHMOND, *Plaintiff, v.* EMELINE PENOYAR and others, *Defendants.*— Order affirmed, with ten dollars costs and printing disbursements. Opinion by LEARNED, P. J.

CLARA B. ALLEN, *Appellant, v.* WALTER S. ALLEN, *Respondent.*— Order affirmed, without costs. Opinion by BOARDMAN, J.; LEARNED, P. J., taking no part.

WILLIAM H. HALE, *Appellant, v.* JAMES H. CRUTCHLEY, *Respondent.* — Appeal dismissed, with ten dollars costs and printing disbursements.

HERBERT L. ABBOTT, *Appellant, v.* MONROE D. COSTLOW, *Respondent.*— Judgment of County Court reversed, and that of Justice affirmed, with costs.

JOHN TRAINOR, *Respondent, v.* ALEXANDER PIDGEON, *Appellant.*— Judgment reversed, new trial granted, referee discharged, costs to abide event.

GEORGE T. HALL, *Respondent, v.* THE OGDENSBURGH AND LAKE CHAMPLAIN RAILROAD COMPANY, *Appellant.*—Judgment reversed, new trial granted, costs to abide event. Opinion by BOARDMAN, J.

CORNELIUS RHOADES, *Respondent, v.* JOHN CAMERON, *Appellant.* —Judgment affirmed, with costs. Opinion by BOCKES, J.

JOHN FERGUSON, *Supervisor, etc., Appellant, v.* ANTONIA SCRIVANI, *Respondent.*— Judgment affirmed, with costs.

EDWARD S. SAUTER, *Respondent, v.* JOSIAH C. HUNT and another, *Appellants.*— Judgment affirmed, with costs.

ANNIS W. HOGEBOOM, *Appellant, v.* NATHAN C. HOGEBOOM, *Respondent.*— Judgment affirmed, with costs.

AMANDA LEWIS and others, *Respondents, v.* PERSON D. OGDEN and others, *Appellants.* — Judgment affirmed, with costs.

ESTHER M. VAN HOEVENBERG, *Respondent, v.* THE CITY OF KINGSTON, *Appellant.*— Judgment affirmed, with costs.

PETER L. OSTERHOUT, *Appellant, v.* THE TOWN OF SHAWANGUNK, *Respondent.* — Motion to go to Court of Appeals denied, with ten dollars costs.

WILLIAM N. BROCKWAY, *Respondent, v.* JEFFERSON GOODELL, *Appellant.* — Orders as entered amended so as to conform to decision.

IN THE MATTER OF TOOMEY TO REVIEW, ETC., AND TWELVE OTHER CASES. — Order making contractor a party granted.

ARCHIBALD D. O'NEILL, *Respondent, v.* JOHN WALLER, *Appellant.* — Motion for leave to go to Court of Appeals denied, without costs.